Waiver of Indictment

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 21-CR-312 |
| JOHN BRADY : | |

JOHN BRADY, the above-named defendant, who is accused of: 18 U.S.C. § 666(a)(1)(A), (b) (theft from organization receiving federal funds – Count One); 18 U.S.C. § 1343 (wire fraud – Count Two); and 18 U.S.C. § 2 (aiding and abetting), being advised of the nature of the charges and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JOHN BRADY
Defendant

_____ FAT
Witness ANDREW TORNO

_____
PHILIP STEINBERG, ESQ.
Counsel for Defendant