IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN BRADY | CRIMINAL NO.  21-312 |

## NOTICE OF HEARING

 **TAKE NOTICE** that defendant is scheduled for a **Sentencing** on Monday, May 16, 2022 at 10:00 a.m. before the **Honorable C. Darnell Jones II** in courtroom 15B in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:             /s/ Leesa B. Ciamaichelo
               Deputy to Judge C. Darnell Jones II
               Phone: (267) 299-7759

Date:  May 12, 2022

cc - via U.S. mail:         Defendant
cc - via email:          P. Steinberg, Esquire
               L. Lappen, Assistant U.S. Attorney
               U.S. Marshal
               Probation Office
               Pretrial Services
               Interpreter Coordinator

crnotice (July 2021)